# BAKER DONELSON

100 LIGHT STREET · BALTIMORE, MARYLAND 21202 · 410.685.1120 · FAX 410-547-0699 · bakerdonelson.com

**THOMAS BARNARD, SHAREHOLDER**
**Direct Dial: 410.862.1185**
**Fax: 443.263.7585**
**E-Mail Address: tbarnard@bakerdonelson.com**

July 15, 2024

**<u>Via ECF</u>**
Honorable Ellen L. Hollander
United States District Court
101 W. Lombard
Baltimore, Maryland 21201

RE: Case Status Update, *Middleton v. Koushall,* ELH 20-3536

Dear Judge Hollander,

I am providing this update to the Court on behalf of all counsel. The Parties have agreed to proceed with a damages-only trial. While there are a number of provisions to which the Parties have reached an understanding, some details are still being finalized. Nonetheless, the general understanding of the parties is clear as to the following:

1. Defendant will stipulate to liability on all remaining counts, for purposes of settlement and pursuant to the terms of agreement, and the parties will proceed with a jury-trial as to economic and non-economic damages.

2. There will be no further dispositive motions filed by the Defendant, and all appeals will be waived. The Parties will waive all post-judgment motions.

3. Upon announcement of the verdict by the Jury, and conclusion of the trial, the Parties will move to dismiss the case and strike any judgment, pursuant to Local Rule 111, with a right to reopen the matter if settlement is not fully consummated within 60 days.

4. The settlement figure will be the amount of the judgment awarded by the Jury, plus a separately agreed upon stipulated figure for attorney's fees resolving any need for a motion or hearing on fees.

The Parties are attempting to minimize and streamline all evidentiary and pretrial issues. However, in the event any matters cannot be resolved, the Parties request an extension to all relevant motions *in limine* deadlines by fourteen (14) days.

Further, the Parties believe this agreement will significantly shorten the potential length of any trial and anticipate that the matter will require 4 days or less to complete.

July 15, 2024
Page 2

      The Parties recognize this is a significant change from the prior scheduling conference and are available for a status call with the Court if needed.

Very truly yours,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s/

Thomas H. Barnard

CC: U.S. Magistrate Judge Susan K. Gauvey
Counsel for Plaintiff: Dwight Pettit, Allan
Rabineau, Aarron Johnson, Latoya Francis
Williams