**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| HENRIETTA MIDDLETON, | * |
| Plaintiff | * |
| v. | * |
| SERGEANT MARLON KOUSHALL, *et al.* | *   Civil No.: 1:20-cv-03536-ELH |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF NON-SERVICE**

I, Barry Davis, being duly sworn, depose and state:

1. I am over the age of 18 and competent to testify to the matters contained herein.

2. I have been tasked with locating and serving a trial subpoena on Nicole Blake in the case of Henrietta Middleton v. Marlon Koushall, et al., Civil Action No. 1:20-cv-03536-ELH, pending in the United States District Court for the District of Maryland.

3. Despite diligent efforts, I have been unable to locate and/or serve Nicole Blake with the trial subpoena. The following efforts were made to locate and serve Nicole Blake:

4. On Monday, October 7, 2024, I visited Club Pussycat, an adult entertainment club located at 411 E. Baltimore Street. I spoke with the club manager and inquired about contact information for Nicole Blake, who had previously worked on their security detail. The club manager stated they had no updated contact information for Nicole Blake.

5. On Friday, October 17, 2024, I visited Chez Joey, an adult entertainment club located at 415 E. Baltimore Street. I spoke with the club staff manager and asked if they had any contact information for Nicole Blake, who was employed by the club on the night of the incident

pertaining to August 26, 2018 in question. I was informed that the club had no information about Nicole Blake or any contact information for her.

6. On October 23, 2024, I contacted the club manager of Norma Jean's, an adult entertainment club located at 10 Custom House Avenue, by cellphone. The manager recalled the incident of August 26, 2018, for which the trial subpoena related and remembered the security team employed by several nightclubs and other local businesses in the area but had no updated information on the whereabouts of Nicole Blake.

7. I conducted an online search for Nicole Blake's current home address and phone numbers. Based on the search results which were compared to the physical descriptions of her visible through WBAL news coverage of this incident, including approximate age, height, weight, race/ethnicity, I attempted to contact Nicole Blake at the phone number 301-xxx-9398. There was no answer, and I left a voicemail explaining the purpose of my call. I also attempted to reach her at the numbers 240-xxx-2371 and 301-xxx-5136, but these numbers were no longer in service.

8. I visited the address 13117 11th Street, Bowie, MD 20715, which was listed as a possible current address for Nicole Blake. Upon arrival, I found that Nicole Blake no longer resided at this address, and the current occupants had no information about her whereabouts.

9. I conducted searches for social media accounts held by Nicole Blake on platforms including Facebook, Instagram, Twitter, and LinkedIn. I was unable to locate any active accounts that could be definitively linked to the Nicole Blake in question.

10. I have made multiple attempts to serve the subpoena at various times of day and on different days of the week at her possible prior employers' locations in Baltimore City, Maryland, as

noted above with a copy of the WBAL footage depicting Nicole Blake, but have been unsuccessful in locating Nicole Blake.

11. Based on these efforts, as well as Nicole Blake's prior assertion that she fears retaliation of the Department and refusal to disclose her other locations of employment outside security jobs on Custom House Avenue and Baltimore Street. I believe that Nicole Blake is evading service or her whereabouts are unknown, making it impracticable to serve her with the trial subpoena.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 27th day of October, 2024.

_____

Barry Davis

5213 Lochraven Blvd.

Baltimore, Maryland 21239

667-228-3057; bse_davis415@msn.com