IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HENRIETTA MIDDLETON,<br>*Plaintiff,*<br><br>v.<br><br>SERGEANT MARLON KOUSHALL, *et al.*<br>*Defendants.* | Civil Action No. ELH-20-03536 |

### VERDICT FORM

We, the jury, unanimously find plaintiff Henrietta Middleton proved, by a preponderance of the evidence, the following:

Compensatory damages in the amount of: $ 5.2M

Please sign and date the form below:

**SIGNATURE REDACTED**

Date: 30 Oct 2024 , 2024

✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED
10:05 am, Oct 31 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____ Deputy

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
OCT 3 0 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY