Outlook

---

**Middleton v. Baltimore City, et al.**

---

**From** Daniela Sanchez <dsanchez@br-lawyer.com>

**Date** Fri 11/22/2024 2:27 PM

**To** adpettit@adwightpettit.com <adpettit@adwightpettit.com>; LF Williams <latoya.f.williams@gmail.com>

**Cc** John Roche <jroche@br-lawyer.com>; Matt Ballenger <mballenger@br-lawyer.com>; Aarron Johnson <ajohnson@br-lawyer.com>; allanbra@verizon.net <allanbra@verizon.net>

📎 1 attachment (136 KB)

2024-1122 Letter to Dwight and Latoya re Middleton.pdf;

Good Afternoon,

Please see the attached Letter from Mr. Ballenger regarding the above referenced case.

Thanks,

*Daniela Sanchez* (Legal Assistant)

**Ballenger & Roche, LLC**

World Trade Center Baltimore

401 E. Pratt Street, Ste. 2341

Baltimore, Maryland 21202

Phone: (410) 837-9150

Fax: (410) 837-9152

Email: dsanchez@br-lawyer.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

EXHIBIT
1



BALLENGER & ROCHE, LLC
A FIRM OF TRIAL LAWYERS

| PARTNERS | ASSOCIATES | OF COUNSEL |
|---|---|---|
| MATT R. BALLENGER (MD) | AARRON N. JOHNSON (MD) | ALLAN B. RABINEAU (MD, DC) |
| JOHN R. ROCHE (MD) | | |

November 22, 2024

**VIA EMAIL TO:**

Dwight Pettit, Esquire, adpettit@adwightpettit.com
Latoya Francis, Esquire, lfwlaw1@gmail.com

**Re: Middleton v. Baltimore City, et al.**

Dear Dwight and Latoya:

I understand from talking to Allan today that you are attempting to re-negotiate the fee split in the above referenced case. To say I'm disappointed is an understatement. Your office and Allan had a 50/50 fee split agreement for over twenty-five years. When Allan joined Ballenger & Roche, that fee split continued and has been in effect for 5 or 6 years.

In this case, our firm performed the lion's share of the work. Allan and Aarron have been actively litigating this case for years. All of the depositions occurred at our office. We worked on all the motions and discovery. We argued all the motions. We did the trial prep and Allan gave the opening statement. Allan is the one who negotiated the agreement with the City regarding the trial. It was because of that agreement that all us are in an enviable position post verdict. In addition to all the work Allan and Aarron did, our office provided all the admin support for litigating this case.

To now come in and attempt to cut our fee for absolutely no reason is just wrong. You are now putting us in a very uncomfortable position regarding this case. We truly do not want to take any steps that would potentially delay receipt of the funds from the City. However, if you continue attempting to cut our fee, we will have no choice but to file a lien and/or request our firm be a party to the check coming from the City.

Again, I don't have any idea what precipitated this sudden and unexpected turn of events but please do not continue down this road. Confirm that you will honor our original agreement and put this issue to rest.

Sincerely yours,

Matt R. Ballenger