Outlook

---

**Re: Middleton v. Baltimore City, et al.**

---

**From** Daniela Sanchez <dsanchez@br-lawyer.com>

**Date** Mon 11/25/2024 12:44 PM

**To** adpettit@adwightpettit.com <adpettit@adwightpettit.com>; LF Williams <latoya.f.williams@gmail.com>

**Cc** John Roche <jroche@br-lawyer.com>; Matt Ballenger <mballenger@br-lawyer.com>; Aarron Johnson <ajohnson@br-lawyer.com>; allanbra@verizon.net <allanbra@verizon.net>

📎 1 attachment (159 KB)

2024-1125 Second Letter to Dwight and Latoya re Middleton.pdf;

Good Afternoon,

Having not heard from either of you, please see the attached follow up letter from Mr. Ballenger regarding the above referenced case.

Thanks,

*Daniela Sanchez* (Legal Assistant)

**Ballenger & Roche, LLC**
World Trade Center Baltimore
401 E. Pratt Street, Ste. 2341
Baltimore, Maryland 21202
Phone: (410) 837-9150
Fax: (410) 837-9152
Email: dsanchez@br-lawyer.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

---

**From:** Daniela Sanchez <dsanchez@br-lawyer.com>
**Sent:** Friday, November 22, 2024 2:27 PM
**To:** adpettit@adwightpettit.com <adpettit@adwightpettit.com>; LF Williams <latoya.f.williams@gmail.com>
**Cc:** John Roche <jroche@br-lawyer.com>; Matt Ballenger <mballenger@br-lawyer.com>; Aarron Johnson <ajohnson@br-lawyer.com>; allanbra@verizon.net <allanbra@verizon.net>
**Subject:** Middleton v. Baltimore City, et al.

**EXHIBIT 2**

Good Afternoon,

Please see the attached Letter from Mr. Ballenger regarding the above referenced case.

Thanks,

*Daniela Sanchez* (Legal Assistant)

**Ballenger & Roche, LLC**
World Trade Center Baltimore
401 E. Pratt Street, Ste. 2341
Baltimore, Maryland 21202
Phone: (410) 837-9150
Fax: (410) 837-9152
Email: dsanchez@br-lawyer.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**BALLENGER & ROCHE, LLC**

**A FIRM OF TRIAL LAWYERS**

| PARTNERS | ASSOCIATES | OF COUNSEL |
|---|---|---|
| MATT R. BALLENGER (MD) | AARRON N. JOHNSON (MD) | ALLAN B. RABINEAU (MD, DC) |
| JOHN R. ROCHE (MD) | | |

November 25, 2024

**VIA EMAIL TO:**

Dwight Pettit, Esquire, adpettit@adwightpettit.com
Latoya Francis, Esquire, latoya.f.williams@gmail.com

  *Re: Middleton v. Baltimore City, et al.*

Dear Dwight and Latoya:

  Having not heard from either of you since my letter to you on Friday, we contacted the City and have discovered that you already received the checks.   Our firm should have been a named payee of that check since we were counsel of record.

  You are hereby put on notice that we are asserting a lien for our attorney fees, which are 50% of the total fees.  You are not to distribute any attorney fees unless we are paid our agreed upon amount of 50%.  Should you fail to honor our lien we will file a bar complaint against both of you for failing in your fiduciary responsibilities.

  I don't know in what universe you think either of you deserves more than we do in this matter.  As previously stated, the lion's share of the work was done by our firm.  Everything that was done on the case emanated from our office.  Other than a few minutes participating in a settlement conference, Dwight did absolutely nothing on the case.  We took the lead on this case from the very beginning.

  While Latoya had more involvement, even that was sporadic.  Latoya would not return phone calls or texts.  She waited until the last minute for everything.  We were prepared to go to trial without her.

  When we first found out on Friday that you were attempting to re-negotiate the fees split, you never said to Allan that you had already received the check.  When we spoke to counsel for the City, we were advised that the communications you had with them over delivery of the check and the payees was done without our knowledge.  You did not even bother to include us in the emails.

  Please advise by the close of business today what your position is.  Otherwise, we will be taking all available actions to protect our interests.  What you two are attempting to do is divert funds to yourselves that are legally ours.  You have taken what should be a celebratory occasion and turned it into an ugly and unnecessary fight.

THE WORLD TRADE CENTER BALTIMORE • 401 EAST PRATT STREET, SUITE 2341 • BALTIMORE, MARYLAND 21202
TEL: (410) 837-9150 • FAX: (410) 837-9152 • WWW.BR-LAWYER.COM

Sincerely yours,

Matt R. Ballenger