**Outlook**

---

## Re: Middleton v. Baltimore City, et al.

---

**From** LF Williams <latoya.f.williams@gmail.com>

**Date** Mon 11/25/2024 3:38 PM

**To** Daniela Sanchez <dsanchez@br-lawyer.com>

**Cc** adpettit@adwightpettit.com <adpettit@adwightpettit.com>; John Roche <jroche@br-lawyer.com>; Matt Ballenger <mballenger@br-lawyer.com>; Aarron Johnson <ajohnson@br-lawyer.com>; allanbra@verizon.net <allanbra@verizon.net>

Good afternoon Counsel.  I just saw this message and reply as follows:

1. Middleton's cases, both criminal and civil, have always belonged to Latoya Francis-Williams.
2. There was no agreement as to the share of attorney fees in this case aside from Allan and my understanding of what I, Latoya, believed is reasonable.  As stated on Friday, 11/22/2024, Allan instructed me to "do what I believe is reasonable," although he was not happy with the fee division as stated.
3. Here, I believe what is reasonable is a fee to Allan in the amount of $416,000.00; which is equivalent to $20% of the total attorney fee in this case.
4. Per Allan's instruction on Friday, 11/22/2024, a check will be written to Allan in the amount of $416,000.00, upon the funds clearing.
5. I absolutely deny and disagree with the assertions made regarding work or quality of work done on my or Mr. Pettit's part.  Further, it is highly inappropriate to quibble over alleged work done as the attorney fee divisions in my cases are not wholly contingent on work done.  Again, it is what I, Latoya, believe is reasonable.
6. There has not been any attempt on my part to keep information from anyone.  Your assertion is inappropriate and baseless.

Thank you.

~Latoya Francis-Williams

On Mon, Nov 25, 2024 at 12:44 PM Daniela Sanchez <dsanchez@br-lawyer.com> wrote:
> Good Afternoon,
>
> Having not heard from either of you, please see the attached follow up letter from Mr. Ballenger regarding the above referenced case.
>
> Thanks,
>
> *Daniela Sanchez* (Legal Assistant)
>
> **Ballenger & Roche, LLC**
>
> World Trade Center Baltimore



EXHIBIT 3

401 E. Pratt Street, Ste. 2341

Baltimore, Maryland 21202

Phone: (410) 837-9150

Fax: (410) 837-9152

Email: dsanchez@br-lawyer.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

---

**From:** Daniela Sanchez <dsanchez@br-lawyer.com>
**Sent:** Friday, November 22, 2024 2:27 PM
**To:** adpettit@adwightpettit.com <adpettit@adwightpettit.com>; LF Williams <latoya.f.williams@gmail.com>
**Cc:** John Roche <jroche@br-lawyer.com>; Matt Ballenger <mballenger@br-lawyer.com>; Aarron Johnson <ajohnson@br-lawyer.com>; allanbra@verizon.net <allanbra@verizon.net>
**Subject:** Middleton v. Baltimore City, et al.

Good Afternoon,

Please see the attached Letter from Mr. Ballenger regarding the above referenced case.

Thanks,

*Daniela Sanchez* (Legal Assistant)
**Ballenger & Roche, LLC**
World Trade Center Baltimore
401 E. Pratt Street, Ste. 2341
Baltimore, Maryland 21202
Phone: (410) 837-9150
Fax: (410) 837-9152
Email: dsanchez@br-lawyer.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

--

## Latoya Francis-Williams, Esq.

Principal Attorney
Law Office of Latoya A. Francis-Williams, LLC.
P.O. Box 451
Randallstown, MD 21133
410-356-4691 (office)
443-548-4588 (fax)
www.lfwlaw.org

This communication and any attachments are intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, disclosure, dissemination, distribution or copying of this communication or its contents is strictly prohibited. If you have received this communication in error or it was forwarded to you without the permission of Latoya Francis-Williams, Esq., please notify the sender immediately and destroy the original message and all copies. Thank you