IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRIETTA MIDDLETON** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL ACTION NO.: 1:20-cv-03536-ELH** |
| **SERGEANT MARLON KOUSHALL,** *et al* | * | |
| **Defendants.** | * | |

**MOTION TO STRIKE APPEARANCE OF JOHN ROCHE, MATT BALENGER AND BALLENGER & ROCHE**

NOW COMES the Plaintiff, Henrietta Middleton, by and through her undersigned counsel, and hereby moves this Honorable Court to strike the appearance of Matt Ballenger, John Roche and the law firm of Ballenger & Roche. In support of this motion, Plaintiff states as follows:

1. On November 26, 2024, Plaintiff Henrietta Middleton sent a cease and desist email to Matt Ballenger, John Roche, and Ballenger & Roche (hereinafter "Unauthorized Counsel"). See attached A.

2. In this communication, Middleton explicitly stated that she had not signed any agreement authorizing Matt Ballenger, John Roche or Ballenger & Roche to represent her, nor had she given consent for them to assert any matters on her behalf.

3. Ms. Middleton demanded an immediate cessation of all claims or assertions that Matt Ballenger, John Roche or Ballenger & Roche represent her in any legal matter.

4. Furthermore, Middleton requested the immediate removal of their names from her case, as they are not and have never been her counsel.

5. The unauthorized actions of Matt Ballenger, John Roche and Ballenger & Roche in claiming to represent Middleton is improper. Such action violates the implicit requirements of the local rules and potentially constitute a false certification to the Court. The Court's procedures for attorney appearances and withdrawals presuppose that attorneys have proper authorization from their clients, and acting without such authorization undermines the integrity of the legal process.

**WHEREFORE**, Plaintiff Henrietta Middleton respectfully requests that this Honorable Court:

A. Strike the appearance of Matt Ballenger, John Roche and Ballenger & Roche from this case;

1

B. Enter an order prohibiting Matt Ballenger, John Roche and Ballenger & Roche from further claiming to represent Henrietta Middleton; and

C. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Latoya Francis-Williams, Esq. (Bar ID 29957)
Law Offices of Latoya A. Francis-Williams, LLC.
P.O Box 451
Randallstown, Maryland 21133
410-356-4691
443-548-4588 (fax)
lfwlaw1@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2024  a copy of the foregoing Motion to Strike Appearance was served via CM/ECF to all counsel of record.

Latoya Francis-Williams, Esq. (Bar ID 29957)
Law Offices of Latoya A. Francis-Williams, LLC.
P.O Box 451
Randallstown, Maryland 21133
410-356-4691
443-548-4588 (fax)
lfwlaw1@gmail.com
*Attorney for Plaintiff*

2