## M Gmail

Attorney Latoya Francis-Williams <lfwlaw1@gmail.com>

## Cease and Desist-Unauthorized Representation

1 message

███ middleton <s████████████com>    Tue, Nov 26, 2024 at 4:59 PM
To: Aarron Johnson <Ajohnson@br-lawyer.com>
Cc: Attorney Latoya Francis-Williams <lfwlaw1@gmail.com>

Please forward to Matt Ballenger and John Roche

Dear Mr. Matt Ballenger, Mr. John Roche, and Ballenger & Roche,

I, Henrietta Middleton, am writing this email to formally demand that you immediately cease and desist from asserting that you or your firm, Ballenger & Roche, represent me in any capacity. I have not signed any agreement authorizing you or your firm to represent me, nor have I given consent for you to assert any matters on my behalf.

I hereby demand the following:

1. An immediate cessation of all claims or assertions that you, Matt Ballenger, John Roche, or Ballenger & Roche represent me in any legal matter.

2. The immediate removal of your names from my case, as you are not my counsel.

3. A written confirmation within 1 day that you have complied with the above demands.

Please be advised that my sole legal representative is Attorney Latoya Francis-Williams.

Any and all legal matters pertaining to me should be directed to her exclusively.

Your unauthorized actions in claiming to represent me constitute a serious breach of professional ethics and may be subject to legal consequences.

I reserve the right to take further legal action if you fail to comply with these demands.

I expect your immediate attention to this matter and await your written confirmation of compliance.

Sincerely,
Henrietta Middleton