**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **HENRIETTA MIDDLETON,** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:  1:20-cv-03536-ELH |
| **SERGEANT MARLON KOUSHALL,** *et al.* | * | |
| | * | |
| Defendants | | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**JOINT MOTION TO VACATE JUDGMENT AND DISMISS WITH PREJUDICE**

Come now all parties, by and through undersigned counsel, and file this Joint Motion to Vacate Judgment and Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 60(b)(5) and (6). In support thereof, the parties state the judgment in the above action has been satisfied. The parties jointly move this Court to vacate the judgment and jury verdict and dismiss this action with prejudice.

A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | /s/ Thomas H. Barnard |
| Allan B. Rabineau, #01636 | Thomas H. Barnard, Fed. Bar No. 27488 |
| Aarron N. Johnson, #21463 | tbarnard@bakerdonelson.com |
| Ballenger & Roche, LLC | Sabrina N. Marquez, Fed. Bar No. 30516 |
| 401 E. Pratt Street, Suite 2341 | smarquez@bakerdonelson.com |
| Baltimore, MD 21202 | BAKER, DONELSON, BEARMAN, |
| (410) 837-9150 | CALDWELL & BERKOWITZ, P.C. |
| allanbra@verizon.net | 100 Light Street |
| ajohnson@br-lawyer.com | Baltimore, MD  21202 |
| | Phone:  410-862-1138 |
| _____/s/_____ | Fax:  410-547-0699 |
| Latoya Francis-Williams, #29957 | |
| Law Offices of Latoya A. | **Counsel for Defendant Sergeant Marlon Koushall** |
| Francis-Williams, LLC. | |
| P.O Box 451 | |
| Randallstown, Maryland 21133 | |
| 410-356-4691 | |
| 443-548-4588 (fax) | |
| **Counsel for Plaintiff Henrietta Middleton** | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 6th day of December 2024, a copy of the foregoing was served,

electronically, on all counsel of record, via this Court's CM/ECF electronic filing system.

/s/ Thomas H. Barnard
Thomas H. Barnard, Fed. Bar No. 27488